**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-24328-PCH**

**ARANTZA CASTRO,**

    Plaintiff,

**v.**

**AGENT PROVOCATEUR**
**INTERNATIONAL (US) LLC**
**a Foreign Limited Liability Company**
**D/B/A AGENT PROVOCATEUR,**

    Defendant.

_____/



## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court upon Plaintiff's, Arantza Castro, Notice of Voluntary Dismissal With Prejudice **[ECF No. 10]**, filed on March 12, 2025.  Plaintiff advises the Court that Plaintiff wishes to voluntarily dismiss this action against Defendant, Agent Provocateur International (US) LLC, with prejudice.  Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

    **ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. All pending motions are **DENIED AS MOOT**, and the case is **CLOSED**.

    **DONE AND ORDERED** in Miami, Florida, on March 13, 2025.

_____

Paul C. Huck
United States District Judge

CC: All Counsel of Record